FRANK HULSEMAN *v.* STATE OF MARYLAND.

[No. 27, October Term, 1931.]

*Decided December 16th, 1931.*

Harry O. Levin and George Eckhardt, Jr., submitting on brief, for the appellant.

G. C. A. Anderson, Assistant Attorney General, with whom were Wm. Preston Lane, Jr., Attorney General, Herbert R. O'Conor, State's Attorney for Baltimore City, and William H. Maynard, Assistant State's Attorney, on the brief, for the State.

The opinion was delivered per Curiam.